## Woods *v.* Woods, Appellant.

Argued September 15, 1970. *David Weinstein,* with him *Weinstein and Bobrin,* for appel-

lant; no oral argument was made nor brief submitted for appellee.

Order affirmed.